**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01124-CV

**STEPHEN COURTNEY, M.D. AND PLANO ORTHOPEDICS SPORTS MEDICINE AND SPINE CENTER, P.A., Appellants**

**V.**

**CHRISTEL PENNINGTON, INDIVIDUALLY AND AS AN HEIR AND REPRESENTATIVE OF THE ESTATE OF STEVEN PAUL PENNINGTON, DECEASED, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03386**

## ORDER

Before the Court is appellee's November 30, 2016 unopposed motion for extension of time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by **January 12, 2017**.

/s/     ELIZABETH LANG-MIERS
JUSTICE